IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| KIDSPEACE CORP., | : | BANKR. NO. 13-14508REF |
| | : | |
| Debtor. | : | |
| | : | |
| IN RE: | : | CHAPTER 11 |
| | : | |
| KIDSPEACE CHILDREN'S HOSPITAL, INC., | : | BANKR. NO. 13-14509REF |
| | : | |
| Debtor. | : | |
| | : | |
| | : | CHPATER 11 |
| IN RE: | : | |
| | : | BANKR. NO. 13-14510REF |
| KIDSPEACE MESABI ACADEMY, INC., | : | |
| | : | |
| Debtor. | : | |
| | : | |
| | : | CHAPTER 11 |
| IN RE: | : | |
| | : | BANKR. NO. 13-14511REF |
| KIDSPEACE NATIONAL CENTERS, INC., | : | |
| | : | |
| Debtor. | : | |
| | : | |
| | : | CHPATER 11 |
| IN RE: | : | |
| | : | BANKR. NO. 13-14512REF |
| KIDSPEACE NATIONAL CENTERS OF GEORGIA, INC., | : | |
| | : | |
| Debtor. | : | |
| | : | |
| | : | CHAPTER 11 |
| IN RE: | : | |
| | : | BANKR. NO. 13-14515REF |
| KIDSPEACE NATIONAL CENTERS OF NEW ENGLAND, INC., | : | |
| | : | |
| Debtor. | : | |
| | : | |

| IN RE: | : | CHAPTER 11 |
|---|---|---|
| KIDSPEACE NATIONAL CENTERS OF NORTH AMERICA, INC., | : | BANKR. NO. 13-14516REF |
| Debtor. | : | |
| IN RE: | : | CHAPTER 11 |
| IRON RANGE SCHOOL, INC., | : | BANKR. NO. 13014517REF |
| Debtor. | : | |
| IN RE: | : | CHAPTER 11 |
| KIDSPEACE NATIONAL CENTERS OF NEW YORK, INC., | : | BANKR. NO. 13-14518REF |
| Debtor. | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States trustee for Region 3, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

>Dave P. Adams
>Office of the United States trustee
>833 Chestnut Street, Suite 500
>Philadelphia, Pennsylvania 19107
>(215) 597-4411
>(215) 597-5795 (fax)

DATED this 21st day of May, 2013.

        ROBERTA DEANGELIS
        United States trustee


By:  /s/  *Dave P. Adams*
    Dave P. Adams
    833 Chestnut Street, Suite 500
    Philadelphia, Pennsylvania  19107
    (215) 597-4411
    (215) 597-5795 (fax)