KidsPeace
13-Week CashFlow

| | Actual | Actual | Projection | Projection Week 1 | Projection Week 2 | Projection Week 3 | Projection Week 4 | Projection Week 5 | Projection Week 6 | Projection Week 7 | Projection Week 8 | Projection Week 9 | Projection Week 10 | Projection Week 11 | Projection Week 12 | Projection Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/05/13 | 05/12/13 | 05/19/13 | 05/26/13 | 06/02/13 | 06/09/13 | 06/16/13 | 06/23/13 | 06/30/13 | 07/07/13 | 07/14/13 | 07/21/13 | 07/28/13 | 08/04/13 | 08/11/13 | 08/18/13 |
| **Weekly Cash Collections** | | | | | | | | | | | | | | | | |
| Patient Collections | 813,274 | 2,486,398 | 2,090,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 | 2,240,000 |
| Other Revenue | 564,290 | 153,735 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| **Total Collections** | 1,377,564 | 2,640,133 | 2,125,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 | 2,275,000 |
| Revolver Fees | (68,818) | - | - | - | (36,770) | - | - | - | (40,765) | - | - | - | (47,911) | - | - | - |
| **Net Collections** | 1,308,746 | 2,640,133 | 2,125,000 | 2,275,000 | 2,238,230 | 2,275,000 | 2,275,000 | 2,275,000 | 2,234,235 | 2,275,000 | 2,275,000 | 2,275,000 | 2,227,089 | 2,275,000 | 2,275,000 | 2,275,000 |
| **Operational Disbursements** | | | | | | | | | | | | | | | | |
| Payroll | 1,600,959 | 186,444 | 1,825,000 | - | 1,950,000 | - | 1,950,000 | - | 1,950,000 | - | 1,950,000 | - | 1,950,000 | - | 1,950,000 | - |
| Fed/FICA/PA Emp./Other | 37,227 | 741,571 | 40,000 | 725,000 | 40,000 | 765,000 | 40,000 | 765,000 | 40,000 | 765,000 | 40,000 | 765,000 | 40,000 | 765,000 | 40,000 | 765,000 |
| Health & Dental | 312,939 | 180,026 | 225,000 | 225,000 | 230,000 | 230,000 | 230,000 | 230,000 | 230,000 | 230,000 | 230,000 | 230,000 | 230,000 | 230,000 | 230,000 | 230,000 |
| Workers Compensation | 7,074 | 7,608 | 35,000 | 35,000 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 |
| Accounts Payable | 197,813 | 390,255 | 350,000 | 650,000 | 600,000 | 900,000 | 350,000 | 900,000 | 350,000 | 900,000 | 350,000 | 900,000 | 350,000 | 900,000 | 350,000 | 900,000 |
| Other | 18,964 | 84 | 50,923 | 55,865 | 99,442 | 75,865 | 92,173 | 54,615 | 78,192 | 54,615 | 70,923 | 54,615 | 78,192 | 54,615 | 70,923 | 54,615 |
| **Total Operational Disbursements** | 2,174,976 | 1,505,988 | 2,525,923 | 1,690,865 | 2,956,942 | 2,008,365 | 2,699,673 | 1,987,115 | 2,685,692 | 1,987,115 | 2,678,423 | 1,987,115 | 2,685,692 | 1,987,115 | 2,678,423 | 1,987,115 |
| **CashFlow from Operations** | (866,231) | 1,134,145 | (400,923) | 584,135 | (718,712) | 266,635 | (424,673) | 287,885 | (451,457) | 287,885 | (403,423) | 287,885 | (458,603) | 287,885 | (403,423) | 287,885 |
| **Other Disbursements** | | | | | | | | | | | | | | | | |
| DIP Facility Fees & Expenses | - | - | 75,000 | 425,000 | - | - | - | 125,000 | - | - | - | 75,000 | - | - | - | 30,000 |
| Ombudsman & Counsel | | | | | | | | | | | | 19,200 | | | | 8,000 |
| Other | - | - | - | - | - | - | - | - | - | - | - | 32,000 | - | - | - | 32,000 |
| Claims Agent | | | | | | | | | | | | 14,400 | | | | 4,000 |
| Utility Escrow (see reserve) | | | | | | | | | | | | - | | | | |
| Debtor Professional Fees - Debtor | - | - | 205,000 | - | - | - | - | - | - | - | - | 192,000 | - | - | - | 92,000 |
| Bondholder Professional Fees - Creditor | - | - | 200,000 | - | - | - | - | - | - | - | - | 168,000 | - | - | - | 112,000 |
| Committee Professional Fees - Creditor | - | - | - | - | - | - | - | - | - | - | - | 57,600 | - | - | - | 34,400 |
| **Total Other Disbursements** | - | - | 480,000 | 425,000 | - | - | - | 125,000 | - | - | - | 558,200 | - | - | - | 312,400 |
| **Net Cash Flow** | (866,231) | 1,134,145 | (880,923) | 159,135 | (718,712) | 266,635 | (424,673) | 162,885 | (451,457) | 287,885 | (403,423) | (270,315) | (458,603) | 287,885 | (403,423) | (24,515) |
| Beginning Loan Balance | 5,500,000 | 5,127,772 | 3,884,573 | 4,765,496 | 4,606,361 | 5,325,073 | 5,058,438 | 5,483,111 | 5,320,226 | 5,771,682 | 5,483,797 | 5,887,220 | 6,157,535 | 6,616,139 | 6,328,254 | 6,731,677 |
| Net Collections | (744,456) | (2,486,398) | (2,125,000) | (2,275,000) | (2,238,230) | (2,275,000) | (2,275,000) | (2,275,000) | (2,234,235) | (2,275,000) | (2,275,000) | (2,275,000) | (2,227,089) | (2,275,000) | (2,275,000) | (2,275,000) |
| Advance Request | 372,228 | 1,243,199 | 3,005,923 | 2,115,865 | 2,956,942 | 2,008,365 | 2,699,673 | 2,112,115 | 2,685,692 | 1,987,115 | 2,678,423 | 2,545,315 | 2,685,692 | 1,987,115 | 2,678,423 | 2,299,515 |
| Ending Loan Balance | 5,127,772 | 3,884,573 | 4,765,496 | 4,606,361 | 5,325,073 | 5,058,438 | 5,483,111 | 5,320,226 | 5,771,682 | 5,483,797 | 5,887,220 | 6,157,535 | 6,616,139 | 6,328,254 | 6,731,677 | 6,756,192 |
| | | | | | | | | | | | | | | | | |
| Adjusted Borrowing Base | 5,127,772 | 3,884,573 | 2,800,000 | 8,000,000 | 8,000,000 | 8,000,000 | 8,000,000 | 8,000,000 | 8,000,000 | 12,611,126 | 12,599,237 | 12,587,348 | 12,575,459 | 12,563,570 | 12,551,680 | 12,527,902 |
| Beginning Loan Balance | (5,500,000) | (5,127,772) | (3,884,573) | (4,765,496) | (4,606,361) | (5,325,073) | (5,058,438) | (5,483,111) | (5,320,226) | (5,771,682) | (5,483,797) | (5,887,220) | (6,157,535) | (6,616,139) | (6,328,254) | (6,731,677) |
| Net Collections | 744,456 | 2,486,398 | 2,125,000 | 2,275,000 | 2,238,230 | 2,275,000 | 2,275,000 | 2,275,000 | 2,234,235 | 2,275,000 | 2,275,000 | 2,275,000 | 2,227,089 | 2,275,000 | 2,275,000 | 2,275,000 |
| Advance Request | (372,228) | (1,243,199) | (3,005,923) | (2,115,865) | (2,956,942) | (2,008,365) | (2,699,673) | (2,112,115) | (2,685,692) | (1,987,115) | (2,678,423) | (2,545,315) | (2,685,692) | (1,987,115) | (2,678,423) | (2,299,515) |
| Ending Availability (Tuesday) | 0 | 0 | (1,965,496) | 3,393,639 | 2,674,927 | 2,941,562 | 2,516,889 | 2,679,774 | 6,839,444 | 7,115,440 | 6,700,128 | 6,417,923 | 5,947,431 | 6,223,427 | 5,808,115 | 5,771,710 |
| | | | | | | | | | | | | | | | | |
| Operating Account | | | | | | | | | | | | | | | | |
| Beginning Book Cash | 7,282,693 | 6,862,778 | 5,882,753 | 4,120,029 | 5,010,087 | 4,169,010 | 5,117,587 | 4,426,279 | 5,013,837 | 4,440,260 | 5,138,837 | 4,447,529 | 4,580,637 | 4,440,260 | 5,138,837 | 4,447,529 |
| Disbursements | (2,174,976) | (1,505,988) | (3,005,923) | (2,115,865) | (2,956,942) | (2,008,365) | (2,699,673) | (2,112,115) | (2,685,692) | (1,987,115) | (2,678,423) | (2,545,315) | (2,685,692) | (1,987,115) | (2,678,423) | (2,299,515) |
| Paydowns to Revolver | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances from Revolver | 1,190,771 | 372,228 | 1,243,199 | 3,005,923 | 2,115,865 | 2,956,942 | 2,008,365 | 2,699,673 | 2,112,115 | 2,685,692 | 1,987,115 | 2,678,423 | 2,545,315 | 2,685,692 | 1,987,115 | 2,678,423 |
| Other Deposits | 564,290 | 153,735 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Book Cash | 6,862,778 | 5,882,753 | 4,120,029 | 5,010,087 | 4,169,010 | 5,117,587 | 4,426,279 | 5,013,837 | 4,440,260 | 5,138,837 | 4,447,529 | 4,580,637 | 4,440,260 | 5,138,837 | 4,447,529 | 4,826,437 |
| | | | | | | | | | | | | | | | | |
| *Ending Bank Cash* | *7,421,721* | | | | | | | | | | | | | | | |
| *Float* | *558,943* | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| TD Account | | | | | | | | | | | | | | | | |
| Beginning Book Cash | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 |
| Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transfers in from Operating Account | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transfers out to Revolver | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Book Cash | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 | 3,790 |
| | | | | | | | | | | | | | | | | |
| **Total Book Cash + Availability** | 6,866,568 | 5,886,543 | 2,158,324 | 8,407,517 | 6,847,727 | 8,062,939 | 6,946,958 | 7,697,401 | 11,283,494 | 12,258,067 | 11,151,447 | 11,002,351 | 10,391,481 | 11,366,054 | 10,259,434 | 10,601,938 |
| **Adjusted Cash** | 6,866,568 | 5,886,543 | 4,123,819 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 |
| **Adjusted Loan Balance** | 5,127,772 | 3,884,573 | 4,765,496 | 4,092,483 | 5,652,273 | 4,437,061 | 5,553,042 | 4,802,599 | 5,827,632 | 4,841,170 | 5,935,901 | 6,073,108 | 6,672,088 | 5,685,626 | 6,780,357 | 6,425,964 |
| **Professional Fee & Utility Deposit Reserve** | | | | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 |

Note:
• Assumes Gemino replaced by Healthcare Finance Group week ending 5/26
• $125k Utility Deposit included in reserve
• The budget assumptions post-filing are based on paying post-petition expenses and pre-petition expenses to the extent approved by the Bankruptcy Court
• Variances are permitted in accordance with the DIP Loan agreement

KidsPeace Consolidated
13 week DIP Budget