IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| KidsPeace Corporation, | : | NO. 13-14508-REF |
| | : | |
| Debtor | : | |
| | : | |

## ENTRY OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

Steven J. Adams, Esquire, and Stevens & Lee, P.C., enter their appearance in this case on behalf of Healthcare Finance Group, LLC, as co-counsel, and in accordance with Federal Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014, and the United States Bankruptcy Code, requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon:

> Steven J. Adams, Esquire
> STEVENS & LEE
> 111 N. Sixth Street
> P.O. Box 679
> Reading, PA  19603-0679
> email: *sja@stevenslee.com*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

STEVENS & LEE, P.C.

DATED: May 21, 2013

By:_____
Steven J. Adams, Esquire
Attorney I.D. No. 56293
111 N. Sixth Street
P.O. Box 679
Reading, PA  19603-0679
(610) 478-2133
Email: *sja@stevenslee.com*

Co-counsel for Healthcare Finance Group, LLC

SL1 1236694v1 108109.00001