Form B4 (Official Form 4) - (12/07)

**KidsPeace Consolidated Debtors**
_____[1]_____

**Debtor**                                                         **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT DISTRICT OF PA

Following is a list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 1 | KidsPeace Corporation<br>4085 Independence Drive<br>Schnecksville, PA 18078 | KidsPeace Corporation<br>4085 Independence Drive<br>Schnecksville, PA 18078 | Related Company Debt | | | | $111,117,120.04 |
| 2 | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026 | Pension Benefit Guaranty Corporation<br>Attn: Att: Michael Baird<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>Tel: (202) 326-4020, ext. 6222<br>Fax: 202-326-4114<br>Email: baird.michael@pbgc.gov | PBGC<br>$107 million (total claim) | | | | $101,300,000.00 |
| 3 | Schiff Hardin, LLP<br>233 South Wacker Drive, Suite 6600<br>c/o counsel to UMB Bank indenture trustee<br>for the Lehigh County General Purpose Authority<br>Revenue Bonds<br>Chigaco, IL 60606 | Schiff Hardin, LLP<br>Attn: Att: Rick L. Frimmer, Esq.<br>233 South Wacker Drive, Suite 6600<br>c/o counsel to UMB Bank indenture trustee<br>for the Lehigh County General Purpose Authority<br>Revenue Bonds<br>Chigaco, IL 60606<br>Tel: 312.258.5500<br>Fax: 312.258.5600<br>Email: rfrimmer@schiffhardin.com | Bond<br>PA Bonds $55 million (total claim) | | | | $25,721,747.40 |

1

**KidsPeace Consolidated Debtors**

**Debtor**                                                          **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 4 | NY New York City Board Of Education<br>Div Of Bus & Admin, Rm 1503<br>65 Court Street<br>Brooklyn, NY 11201 | NY New York City Board Of Education<br>Div Of Bus & Admin, Rm 1503<br>65 Court Street<br>Brooklyn, NY 11201 | Credit Claim | | | | $1,281,961.65 |
| 5 | Mt Iron Buhl<br>Independent School District No. 712<br>5529 Emerald Ave.<br>Mountain Iron, MN 55768 | Mt Iron Buhl<br>Independent School District No. 712<br>5529 Emerald Ave.<br>Mountain Iron, MN 55768 | Service | | | | $538,447.19 |
| 6 | Salisbury Twp. School District<br>1140 Salisbury Road<br>Allentown, PA 18103 | Salisbury Twp. School District<br>1140 Salisbury Road<br>Allentown, PA 18103 | Service | | | | $133,270.15 |
| 7 | Wl Affiliates LLC<br>40044 Chuckwalla Trail<br>Cave Creek, AZ 85331 | Wl Affiliates LLC<br>40044 Chuckwalla Trail<br>Cave Creek, AZ 85331 | Trade | | | | $103,162.97 |
| 8 | Adp Inc<br>1 Adp Blvd<br>Roseland, NJ 07068 | Adp Inc<br>1 Adp Blvd<br>Roseland, NJ 07068 | Trade | | | | $85,328.07 |
| 9 | ACC Pharmacy<br>Dba Discover Rx<br>3036 Emrick Blvd<br>Bethlehem, PA 18020 | ACC Pharmacy<br>Dba Discover Rx<br>3036 Emrick Blvd<br>Bethlehem, PA 18020 | Trade | | | | $84,647.47 |

**KidsPeace Consolidated Debtors**

**Debtor**        **Case No. (If known)**

# Form 4.  LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 10  Afi Foodservice LLC<br>1 Ikea Drive<br>Elizabeth, NJ 07207 | Afi Foodservice LLC<br>1 Ikea Drive<br>Elizabeth, NJ 07207 | Trade | | | | $69,052.02 |
| 11  WV Department of Health & Human Resources<br>Cost Report & Settlement Coord<br>Office Of Accountability And Management Reporting<br>One Davis Square<br>Suite 304<br>Charleston, WV 25301 | WV Department of Health & Human Resources<br>Cost Report & Settlement Coord<br>Office Of Accountability And Management Reporting<br>One Davis Square<br>Suite 304<br>Charleston, WV 25301 | Government | | | | $58,271.00 |
| 12  Ppl Electric Utilities<br>Po Box 25222<br>Lehigh Valley, PA 18002-5222 | Ppl Electric Utilities<br>Po Box 25222<br>Lehigh Valley, PA 18002-5222 | Trade | | | | $52,251.35 |
| 13  The Hartford-Priority Accounts<br>Group Benefits Division<br>Po Box 8500-3690<br>Philadelphia, PA 19178-3690 | The Hartford-Priority Accounts<br>Group Benefits Division<br>Po Box 8500-3690<br>Philadelphia, PA 19178-3690 | Trade | | | | $38,524.85 |
| 14  U G I Corporation<br>Po Box 71203<br>Philadelphia, PA 19176 | U G I Corporation<br>Po Box 71203<br>Philadelphia, PA 19176 | Trade | | | | $31,605.85 |
| 15  PA Unemployment Comp.<br>Seventh & Forster Streets<br>P.O. Box 60848<br>Harrisburg, PA 17106-0848 | PA Unemployment Comp.<br>Seventh & Forster Streets<br>P.O. Box 60848<br>Harrisburg, PA 17106-0848 | Trade | | | | $30,962.51 |

**KidsPeace Consolidated Debtors**

**Debtor**          **Case No. (If known)**

# Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 16 Prestige Packaging, Inc.<br>Po Box 378<br>1953 West Point Pike<br>West Point, PA 19486 | Prestige Packaging, Inc.<br>Po Box 378<br>1953 West Point Pike<br>West Point, PA 19486 | Trade | | | | $30,446.19 |
| 17 Carbon Lehigh Intermediate Unit<br>4210 Independence Drive<br>Schnecksville, PA 18078 | Carbon Lehigh Intermediate Unit<br>4210 Independence Drive<br>Schnecksville, PA 18078 | Trade | | | | $27,390.00 |
| 18 Velocity Technology Solutions<br>850 Third Avenue<br>10Th Floor<br>New York, NY 10022 | Velocity Technology Solutions<br>850 Third Avenue<br>10Th Floor<br>New York, NY 10022 | Trade | | | | $21,222.18 |
| 19 Howard Research & Development<br>Dba Town Center East<br>Business Trust<br>One Galleria Tower<br>13355 Noel Rd. Ste. 950<br>Dallas, TX 75240 | Howard Research & Development<br>Dba Town Center East<br>Business Trust<br>One Galleria Tower<br>13355 Noel Rd. Ste. 950<br>Dallas, TX 75240 | Trade | | | | $17,642.82 |
| 20 Marsh Usa, Inc.<br>P.O. Box 281915<br>Atlanta, GA 30384 | Marsh Usa, Inc.<br>P.O. Box 281915<br>Atlanta, GA 30384 | Trade | | | | $16,702.00 |
| 21 W B Mason Co Inc<br>Po Box 55840<br>Boston, MA 02205-5840 | W B Mason Co Inc<br>Po Box 55840<br>Boston, MA 02205-5840 | Trade | | | | $16,674.55 |
| 22 Johnson Controls<br>Po Box 905240<br>Charlotte, NC 28290-5240 | Johnson Controls<br>Po Box 905240<br>Charlotte, NC 28290-5240 | Trade | | | | $13,750.00 |

**KidsPeace Consolidated Debtors**

**Debtor**           **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 23 Valley Doors & Hardware<br>1436 W. Liberty Street<br>Allentown, PA 18102 | Valley Doors & Hardware<br>1436 W. Liberty Street<br>Allentown, PA 18102 | Trade | | | | $13,053.00 |
| 24 On-Line Power Service, Inc.<br>503 Zucksville Road<br>Easton, PA 18043 | On-Line Power Service, Inc.<br>503 Zucksville Road<br>Easton, PA 18043 | Trade | | | | $12,318.29 |
| 25 Core Bts, Inc.<br>Po Box 774419<br>4419 Solutions Center<br>Chicago, IL 60677-4004 | Core Bts, Inc.<br>Po Box 774419<br>4419 Solutions Center<br>Chicago, IL 60677-4004 | Trade | | | | $12,000.00 |
| 26 Hill Wallack LLP<br>777 Township Line Road<br>Suite 250<br>c/o Laudenslager, Teresa<br>Yardley, PA 19067 | Hill Wallack LLP<br>Attn: Att: Joanne Rathgaber<br>777 Township Line Road<br>Suite 250<br>c/o Laudenslager, Teresa<br>Yardley, PA 19067<br>Tel: 215-340-0400<br>Fax: (215) 579-9248 | Litigation | x | | x | |
| 27 Cohen, Feeley, Altemose, Margolis & Rambo<br>2851 Baglyos Circle<br>Suite 200<br>c/o Margaret Mary Rice<br>Bethlehem, PA 18020 | Cohen, Feeley, Altemose, Margolis & Rambo<br>Attn: Att: Steven Margolis<br>2851 Baglyos Circle<br>Suite 200<br>c/o Margaret Mary Rice<br>Bethlehem, PA 18020<br>Tel: 610-625-2100<br>Fax: 610-332-2722 | Litigation | x | | x | |

**KidsPeace Consolidated Debtors**

**Debtor**            **Case No. (If known)**

## Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 28 Johnson & Webbert<br>160 Capitol Street<br>Suite 3<br>c/o Neil, Kathy<br>Augusta , ME 4332 | Johnson & Webbert<br>Attn: Att: Mathew S. Keegan<br>160 Capitol Street<br>Suite 3<br>c/o Neil, Kathy<br>Augusta , ME 4332<br>Tel: 207-623-5110<br>Fax: (207) 622-4160 | Litigation | x | | x | |
| 29 Harris Beach PLLC<br>100 Wall St<br>c/o State of New York Workers' Compensation Board<br>New York, NY 10005 | Harris Beach PLLC<br>100 Wall St<br>c/o State of New York Workers' Compensation Board<br>New York, NY 10005<br>Tel: (212) 687-0100 | Litigation | x | | x | |
| 30 Manufacturers and Traders Trust Co.<br>2003 South Easton Road, Suite 204<br>Doylestown, PA 18901 | Manufacturers and Traders Trust Co.<br>Attn: Att: William E. Johnson, Vice President<br>2003 South Easton Road, Suite 204<br>Doylestown, PA 18901<br>Tel: (267) 800-7012 | Bond<br>Georgia Bonds -deficiency undetermined at this juncture | | | | |

Form 2. DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PA

In re    KidsPeace Consolidated Debtors

                    Debtor                                         Case No. _____

                                                                   Chapter   11

I, William Isemann, the President and Chief Executive Office of the company named above as Debtor in these bankruptcy cases, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 30 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

Dated: Tuesday, May 21, 2013          Signature  _____
                                                 William Isemann
                                                 President and Chief Executive Office
                                                 KidsPeace Consolidated Debtors