**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| KidsPeace Corporation, | ) | **Case No. 13-14508** |
| | ) | |
| Debtor. | ) | **Hon. Richard E. Fehling** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

We, Rick L. Frimmer, Karen V. Newbury and Jeffrey D. Eaton of Schiff Hardin LLP, hereby file our appearances as attorneys for UMB Bank, N.A., as Indenture Trustee, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that Schiff Hardin LLP, is appearing as counsel for UMB Bank, N.A., as Indenture Trustee in the above-captioned matter and pursuant to Rules 2002 and 9007of the Federal Rules of Bankruptcy Procedure requests that all notices given or required to be given in this case and all papers served in this case should be made upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, but is not limited to, any application, motion, order, complaint or other pleading that affects the Debtor, the property of the estate, or the administration of the estate.

**PLEASE TAKE FURTHER NOTICE** that Rick L. Frimmer, Karen V. Newbury and Jeffrey D. Eaton each should be added to the CM/ECF notice list at the email addresses listed below.

Dated: May 22, 2013

Respectfully submitted:

UMB BANK, N.A., not individually, but solely in its capacity as Indenture Trustee

By:   /s/ Rick L. Frimmer
      Rick L. Frimmer
      Karen V. Newbury
      Jeffrey D. Eaton
      Schiff Hardin, LLP
      233 South Wacker Drive, Suite 6600
      Chicago, IL 60606
      (312) 258-5500
      (312) 258-5600 (fax)
      rfrimmer@schiffhardin.com
      knewbury@schiffhardin.com
      jeaton@schiffhardin.com