# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**KidsPeace Corporation**<br><br>Debtor. | Chapter 11<br><br>Case No. 13-14508 (REF) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that ACA Financial Guaranty Corporation ("Creditor") hereby appears in the above-captioned case by its counsel, Hangley Aronchick Segal Pudlin and Schiller, and such counsel hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address, telephone, facsimile number, and email address indicated:

> James M. Matour, Esquire
> Ashely M. Chan, Esquire
> HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
> One Logan Square, 27th Floor
> Philadelphia, PA 19103
> T: (215) 568-6200
> F: (215) 568-0300
> E: jmatour@hangley.com
> E: achan@hangley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This appearance and request for notice with without prejudice to the Creditor's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit the Creditor to the jurisdiction of the Court.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case or a proceeding therein.

                                            HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated: May 22, 2013            By:_____/s/ James M. Matour_____
                                                  James M. Matour
                                                  Ashely M. Chan
                                                  One Logan Square, 27th Floor
                                                  Philadelphia, PA 19103
                                                  (215) 568-6200

                                                  *Counsel for ACA Financial Guaranty Corporation*