IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KidsPeace Corporation,<br><br>              Debtor. | Chapter 11<br><br>Case No. 13-14508-REF<br><br>(Joint Administration Requested) |
| In re:<br><br>KidsPeace Children's Hospital, Inc.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 13-14509-REF<br><br>(Joint Administration Requested) |
| In re:<br><br>KidsPeace Mesabi Academy, Inc.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 13-14510-REF<br><br>(Joint Administration Requested) |
| In re:<br><br>KidsPeace National Centers, Inc.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 13-14511-REF<br><br>(Joint Administration Requested) |
| In re:<br><br>KidsPeace National Centers of Georgia, Inc.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 13-14512-REF<br><br>(Joint Administration Requested) |
| In re:<br><br>KidsPeace National Centers<br>of New England, Inc.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 13-14515-REF<br><br>(Joint Administration Requested) |

| | |
|---|---|
| In re: <br><br> KidsPeace National Centers <br> of North America, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14516-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> Iron Range School, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14517-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> KidsPeace National Centers <br> of New York, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14518-REF <br><br> (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Weir & Partners LLP hereby appears as co-counsel to Gemino Healthcare Finance, LLC in the above-captioned case, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in this case. All such notices should be addressed as follows:

430061-1

Walter Weir, Jr., Esquire  
Weir & Partners LLP  
The Widener Building, Suite 500  
1339 Chestnut Street  
Philadelphia, PA 19107  
Telephone: (215) 665-8181  
Fax: (215) 665-8464  
wweir@weirpartners.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or information, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

                                                          WEIR & PARTNERS LLP

                                              By:*/s/ Walter Weir, Jr.*  
                                                 Walter Weir, Jr., Esquire  
                                                 Weir & Partners LLP  
                                                 The Widener Building, Suite 500  
                                                 1339 Chestnut Street  
                                                 Philadelphia, PA 19107  
                                                 Telephone: (215) 665-8181  
                                                 Fax: (215) 665-8464  
                                                 wweir@weirpartners.com  
                                                 *Co-Counsel to Gemino Healthcare Finance, LLC*

Dated:  May 23, 2013

430061-1