IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> KidsPeace Corporation, <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14508-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> KidsPeace Children's Hospital, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14509-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> KidsPeace Mesabi Academy, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14510-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> KidsPeace National Centers, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14511-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> KidsPeace National Centers of Georgia, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14512-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> KidsPeace National Centers of New England, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14515-REF <br><br> (Joint Administration Requested) |

| | |
|---|---|
| In re: <br><br> KidsPeace National Centers <br> of North America, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14516-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> Iron Range School, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14517-REF <br><br> (Joint Administration Requested) |
| In re: <br><br> KidsPeace National Centers <br> of New York, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-14518-REF <br><br> (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Weir & Partners LLP hereby appears as co-counsel to Gemino Healthcare Finance, LLC in the above-captioned case, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in this case. All such notices should be addressed as follows:

430065-1

Jeffrey S. Cianciulli, Esquire
Weir & Partners LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
Telephone: (215) 665-8181
Fax: (215) 665-8464
jcianciulli@weirpartners.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or information, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

    WEIR & PARTNERS LLP

    By: */s/ Jeffrey S. Cianciulli*
    Jeffrey S. Cianciulli, Esquire
    Weir & Partners LLP
    The Widener Building, Suite 500
    1339 Chestnut Street
    Philadelphia, PA 19107
    Telephone: (215) 665-8181
    Fax: (215) 665-8464
    jcianciulli@weirpartners.com
    *Co-Counsel to Gemino Healthcare Finance, LLC*

Dated:  May 23, 2013