**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                           : NO. 13-14508
                                 :
KidsPeace Corporation,           :
            Debtor               : CHAPTER 11
```

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT:

   Kindly enter my appearance on behalf of National Penn Bank in the above-captioned proceeding.  Direct copies of all notices to:

```
            Kurt Althouse, Esquire
      BINGAMAN, HESS, COBLENTZ & BELL, P. C.
        Treeview Corporate Center, Suite 100
              2 Meridian Boulevard
              Wyomissing, PA  19610


            BINGAMAN, HESS, COBLENTZ & BELL, P. C.



      By: /s/  Kurt Althouse, Esquire
          Treeview Corporate Center
          2 Meridian Boulevard, Ste. 100
          Wyomissing, PA  19610
          (610) 374-8377
```

Date: May 23, 2013

373919