# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 258-5500
FACSIMILE (312) 258-5600

**DUE UPON RECEIPT**

UMB Bank, N.A.
11 Red Cedar Lane
Minneapolis, MN 55410

INVOICE NO.:            1796883
INVOICE DATE:          JULY 15, 2013
CLIENT MATTER NUMBER:
MATTER NAME:            KidsPeace
FIRM'S MATTER #:        41219-0000

FOR LEGAL SERVICES RENDERED
    May 21, 2012     through    June 30, 2013
in connection with KidsPeace

Total Fees................................................    $107,535.50

Total  Disbursements/Charges............................    $10,503.71

Total Invoice Now Due...................................    $118,039.21
                                                          =============

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

## SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

███████████████

DUE UPON RECEIPT

| | |
|---|---|
| UMB Bank, N.A. | JULY 15, 2013 |
| KidsPeace | INVOICE # 1796883 |
| 41219-0000 | PAGE   2 |

---

**LEGAL SERVICES RENDERED:**

   **B110**    **Case Administration**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/21/13 | Analyze and assemble documents for ACA outside counsel.<br>Equity Partner   Rick L. Frimmer | 0.70 | 577.50 |
| 05/21/13 | Telephone conference with outside counsel to ACA.<br>Equity Partner   Rick L. Frimmer | 0.70 | 577.50 |
| 05/21/13 | Telephone conference Elmer Heinel regarding new business opportunities for KidsPeace.<br>Equity Partner   Rick L. Frimmer | 0.30 | 247.50 |
| 05/22/13 | Conference with Karen Newbury (.50); miscellaneous call to Jeffrey Eaton regarding notices of appearance, docket maintenance and other case monitoring (.50).<br>Equity Partner   Rick L. Frimmer | 1.00 | 825.00 |
| 05/22/13 | Prepared draft pro hac vice orders (.60). Review procedures and prepare oral motion script (.40). Met with Rick Frimmer re: pro hac vice motion requirements. Reviewed case docket and met with Rick Frimmer re: administering website with pleadings for easy access (.20). Discussion with Rick Frimmer re: collateral (.50). Attention to online docket (.20). Draft and file appearances in all eight bankruptcy cases (1.60).<br>Associate    Jeffrey D. Eaton | 3.50 | 1172.50 |
| 05/23/13 | Meet with other attorneys following meeting.<br>Counsel    Karen V. Newbury | 0.50 | 197.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

**DUE UPON RECEIPT**

| | |
|---|---|
| UMB Bank, N.A. | JULY 15, 2013 |
| KidsPeace | INVOICE # 1796883 |
| 41219-0000 | PAGE   3 |

| | | | |
|---|---|---|---|
| 05/23/13 | Review pleadings and orders. | 1.00 | 395.00 |
| | Counsel          Karen V. Newbury | | |
| 05/23/13 | Review and update website maintained for Bondholders to follow docket (.20); draft notice for bondholders of bankruptcy filing (.80). | 1.00 | 335.00 |
| | Associate        Jeffrey D. Eaton | | |
| 05/24/13 | Draft and file motion to reset hearing due to committee formation meeting. | 1.50 | 592.50 |
| | Counsel          Karen V. Newbury | | |
| 05/24/13 | Revise draft orders to admit pro hac vice (.90). Calls to clerk of court re: filing (.20). File draft orders (.50). | 1.60 | 536.00 |
| | Associate        Jeffrey D. Eaton | | |
| 05/28/13 | Review and revise proposed debtor motions. | 1.00 | 395.00 |
| | Counsel          Karen V. Newbury | | |
| 05/29/13 | Telephone conference Michael Baird of PBGC. | 0.50 | 412.50 |
| | Equity Partner   Rick L. Frimmer | | |
| 05/29/13 | Review and revise notice to bondholders regarding KidsPeace bankruptcy filing. | 0.60 | 495.00 |
| | Equity Partner   Rick L. Frimmer | | |
| 05/29/13 | Revised bankruptcy notice and coordinated the web address for notice to bondholders for docket entries (.80); call with Bond Trustee re: notice (.30). | 1.10 | 368.50 |
| | Associate        Jeffrey D. Eaton | | |
| 05/30/13 | Reviewed docket and updated Schiff website with new entries. | 0.30 | 100.50 |
| | Associate        Jeffrey D. Eaton | | |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

**DUE UPON RECEIPT**

```
UMB Bank, N.A.                          JULY 15, 2013
KidsPeace                               INVOICE # 1796883
41219-0000                              PAGE   4
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/03/13 | Review weekly census.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/03/13 | Communications with lead bondholders on update status of bankruptcy case.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/04/13 | Update distribution list for Committee, court and others to facilitate communications.<br>Equity Partner    Rick L. Frimmer | 0.30 | 247.50 |
| 06/12/13 | Telephone conference Morris Bauer regarding issues on outstanding KidsPeace motions.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/13/13 | Conference call with L. Gleason.<br>Counsel          Karen V. Newbury | 0.50 | 197.50 |
| 06/13/13 | Maintenance of external website (.20); review of case documents (.20).<br>Associate        Jeffrey D. Eaton | 0.40 | 134.00 |
| 06/13/13 | Review notice of intent to compensate officers of Debtors for compliance with local rules.<br>Associate        Jeffrey D. Eaton | 0.50 | 167.50 |
| 06/14/13 | Telephone conference Lorna Gleason regarding case strategy.<br>Equity Partner    Rick L. Frimmer | 0.40 | 330.00 |
| 06/14/13 | Research into specific issues re: creditors committee duties of loyalty and conflict of interest. Email to Rick Frimmer summarizing research.<br>Associate        Jeffrey D. Eaton | 2.00 | 670.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

**DUE UPON RECEIPT**

| | |
|---|---|
| UMB Bank, N.A. | JULY 15, 2013 |
| KidsPeace | INVOICE # 1796883 |
| 41219-0000 | PAGE   5 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/17/13 | Review weekly KidsPeace census.<br>Equity Partner    Rick L. Frimmer | 0.40 | 330.00 |
| 06/20/13 | Meeting with Counsel for ACA in Reading, PA.<br>Equity Partner    Rick L. Frimmer | 0.70 | 577.50 |
| 06/24/13 | Telephone conference Tom Buck of Eisner Amper.<br>Equity Partner    Rick L. Frimmer | 0.20 | 165.00 |
| 06/25/13 | Review docket entries in bankruptcy proceedings.<br>Equity Partner    Rick L. Frimmer | 0.20 | 165.00 |
| 06/25/13 | Telephone ACA regarding latest developments in case.<br>Equity Partner    Rick L. Frimmer | 0.20 | 165.00 |
| 06/26/13 | Conference among Frimmer, Newbury and Eaton regarding upcoming motions and next omnibus hearing; assign research on various bankruptcy issues.<br>Equity Partner    Rick L. Frimmer | 0.80 | 660.00 |
| 06/26/13 | Review and revise Plan Support Agreement amendment.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/26/13 | Office conference with R. Frimmer and J. Eaton re to-do list and task assignments.<br>Counsel         Karen V. Newbury | 0.80 | 316.00 |
| 06/26/13 | Meeting with Rick Frimmer and Karen Newbury re: relief from stay motion comments, assignments for week, and status of case.<br>Associate       Jeffrey D. Eaton | 0.80 | 268.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

## SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

**DUE UPON RECEIPT**

UMB Bank, N.A.                                          JULY 15, 2013
KidsPeace                                              INVOICE # 1796883
41219-0000                                             PAGE   6

---

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/27/13 | Review census for week. <br> Equity Partner    Rick L. Frimmer | 0.30 | 247.50 |
| 06/27/13 | Correspondence with Rick Frimmer re: status of motions and division of work. <br> Associate        Jeffrey D. Eaton | 0.30 | 100.50 |
| 06/28/13 | Telephone with counsel to ACA <br> Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/28/13 | Telephone Chris Weiler of Oppenheimer Funds. <br> Equity Partner    Rick L. Frimmer | 0.30 | 247.50 |
| 06/28/13 | Strategy call. <br> Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/28/13 | Review latest docket entries in bankruptcy proceedings. <br> Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/28/13 | Draft First Amendment to Plan Support Agreement. <br> Counsel          Karen V. Newbury | 0.50 | 197.50 |
| 06/28/13 | Draft and revise letter to M. Baird. <br> Counsel          Karen V. Newbury | 1.00 | 395.00 |
| 06/30/13 | Review Eaton memo on standing to assert claims. <br> Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |

SUBTOTAL FOR B110   **Case Administration**                    29.90   16108.50

B120        **Asset Analysis and Recovery**

| 06/04/13 | Review Capstone Monitoring Report. <br> Counsel          Karen V. Newbury | 0.50 | 197.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

██████████████████

**DUE UPON RECEIPT**

UMB Bank, N.A.                                        JULY 15, 2013
KidsPeace                                            INVOICE # 1796883
41219-0000                                           PAGE   7

---

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/05/13 | Assemble documents and UCC financing statements for use by Creditor Committee counsel.<br>Equity Partner    Rick L. Frimmer | 2.00 | 1650.00 |
| 06/10/13 | Analyze and prepare complete documentation on Trustee's security interests and UCC filing statements for Gross Receipts and other liens (1.50); send to other counsel (.20).<br>Equity Partner    Rick L. Frimmer | 1.70 | 1402.50 |
| 06/11/13 | Reviewed Trustee UCCs and prepared for Rick Frimmer.<br>Associate       Jeffrey D. Eaton | 0.70 | 234.50 |
| 06/14/13 | Telephone conference Tom Buck of Eisner Amper regarding 13-week Budget for cash collateral.<br>Equity Partner    Rick L. Frimmer | 0.40 | 330.00 |
| 06/18/13 | Review PBGC memo from J. Eaton.<br>Counsel        Karen V. Newbury | 0.50 | 197.50 |
| 06/18/13 | Review research memo on PBGC liens and assemble materials on PBGC Claims for meeting with PBGC (1.7); email same to Rick Frimmer and Karen Newbury for review (.20).<br>Associate       Jeffrey D. Eaton | 1.90 | 636.50 |
| 06/25/13 | Review May board package from James Horan.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/25/13 | Emails to and from James Horan regarding petition date receivables and cash of Obligated Group.<br>Equity Partner    Rick L. Frimmer | 0.20 | 165.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

## SCHIFF HARDIN LLP
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

███████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                     JULY 15, 2013
KidsPeace                                         INVOICE # 1796883
41219-0000                                        PAGE   8

---

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/25/13 | Conference call with trustee and financial advisors to discuss business plan issues and FTI.<br>Equity Partner    Rick L. Frimmer | 0.80 | 660.00 |
| 06/25/13 | Teleconference with L. Gleason, R. Frimmer and FAs re business plan.<br>Counsel          Karen V. Newbury | 0.80 | 316.00 |
| 06/26/13 | Assemble financial data for Duff and Phelps to analyze collateral on petition date in gross receipts (.50); telephone Lisa Neimark regarding needed analysis of liquidation scenarios (.20).<br>Equity Partner    Rick L. Frimmer | 0.70 | 577.50 |
| 06/28/13 | Telephone Lisa Neimark regarding Duff and Phelps conversation with FTI.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |

SUBTOTAL FOR B120  **Asset Analysis and Recovery**                    11.20    7192.00

**B140**          **Relief from Stay/Adequate Protection Proceedi**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/28/13 | Correspondence with J. Eaton re debt service reserve motion and various other matters.<br>Counsel          Karen V. Newbury | 0.20 | 79.00 |
| 05/28/13 | Revised motion for relief from stay.<br>Associate        Jeffrey D. Eaton | 0.60 | 201.00 |
| 05/29/13 | Review and revise Lift Stay Motion for DSR; emails to and from Eaton.<br>Equity Partner    Rick L. Frimmer | 0.70 | 577.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

██████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                   JULY 15, 2013
KidsPeace                                       INVOICE # 1796883
41219-0000                                      PAGE   9

---

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/29/13 | Added reserve account information (.30); revised agreed order for comments from team (.50); emailed Rick Frimmer re: agreed order for relief from stay (.20).<br>Associate     Jeffrey D. Eaton | 1.00 | 335.00 |
| 05/30/13 | Revised and finalized stipulated order for relief from stay and forwarded to Rick Frimmer for further comment.<br>Associate     Jeffrey D. Eaton | 1.50 | 502.50 |
| 06/04/13 | Review Lehigh County recorder records for Orchard Hills Campus parcels (.60); review deeds (.60); create spreadsheet for results (1.00).<br>Equity Partner     Rick L. Frimmer | 2.20 | 1815.00 |
| 06/04/13 | Call with Commonwealth Title Company. Call with Rick Frimmer. Email with Rick Frimmer.<br>Associate     Jeffrey D. Eaton | 1.30 | 435.50 |
| 06/05/13 | Telephone Morris Bauer, KidsPeace counsel, regarding lift stay motions.<br>Equity Partner     Rick L. Frimmer | 0.70 | 577.50 |
| 06/10/13 | Research lift stay motions.<br>Counsel     Karen V. Newbury | 1.00 | 395.00 |
| 06/11/13 | Draft agreed motion to lift stay.<br>Counsel     Karen V. Newbury | 5.80 | 2291.00 |
| 06/11/13 | Reviewed draft of stipulated relief from stay motion and provided comments on same.<br>Associate     Jeffrey D. Eaton | 1.00 | 335.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

███████████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                          JULY 15, 2013
KidsPeace                                              INVOICE # 1796883
41219-0000                                            PAGE  10

---

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/20/13 | Reviewed memos and performed follow up research on security interests and UCC law. Began drafting memo re: same. Associate      Jeffrey D. Eaton | 2.70 | 904.50 |
| 06/21/13 | Review memo from Eaton on perfection of proceed of receivables and tracing rules under PA law. Equity Partner   Rick L. Frimmer | 0.50 | 412.50 |
| 06/21/13 | First draft of memo re: security interest and UCC. Associate      Jeffrey D. Eaton | 3.00 | 1005.00 |
| 06/25/13 | Teleconference with L. Gleason re subordination issues. Counsel      Karen V. Newbury | 0.50 | 197.50 |
| 06/26/13 | Finalize memo on perfection of proceeds and comingling. Associate      Jeffrey D. Eaton | 1.10 | 368.50 |
| 06/26/13 | Read debt service reserve relief from stay cases provided and continue to research same. Associate      Jeffrey D. Eaton | 0.80 | 268.00 |
| 06/27/13 | Research into case law relief from stay for debt service reserve and property of the estate (1.60); began revision to motion for relief from stay (2.60). Associate      Jeffrey D. Eaton | 4.20 | 1407.00 |
| 06/28/13 | Draft and revise Agreed Motion to Lift Stay. Counsel      Karen V. Newbury | 1.50 | 592.50 |
| 06/28/13 | Draft and revise Agreed Motion to Lift Stay. Counsel      Karen V. Newbury | 1.00 | 395.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

█████████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                         JULY 15, 2013
KidsPeace                                             INVOICE # 1796883
41219-0000                                            PAGE   11

---

06/29/13  Reviewed and revised motion for relief from       0.70    234.50
          stay.
          Associate        Jeffrey D. Eaton

   SUBTOTAL FOR B140   **Relief from Stay/Adequate Protectio**ceedings        32.00   13329.00

   **B150        Meeting/Communication with Creditors**

05/23/13  Pre-hearing meeting with HFG and Debtors.         1.00    395.00
          Counsel          Karen V. Newbury

05/24/13  Correspondence wiith Karen Newbury regarding      1.20    990.00
          official creditor committee formation (.40);
          telephone Lorna Gleason (.50); emails to and
          from Morris Bauer, counsel to Debtors,
          regarding committee formation (.30).
          Equity Partner   Rick L. Frimmer

05/27/13  Research and correspondence with R. Frimmer       1.00    395.00
          re: Committee Formation Meeting.
          Counsel          Karen V. Newbury

05/28/13  Emails to and from Michael Baird of PBGC          0.50    412.50
          regarding Committee formation.
          Equity Partner   Rick L. Frimmer

05/28/13  Calls with potential committee counsel and        1.20    990.00
          financial advisors.
          Equity Partner   Rick L. Frimmer

05/29/13  Conference call with Lorna Gleason regarding      1.20    990.00
          Committee formation (.70); telephone
          conferences with potential committee counsel
          and financial advisors (.50).
          Equity Partner   Rick L. Frimmer

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

███████████████

DUE UPON RECEIPT

```
UMB Bank, N.A.                         JULY 15, 2013
KidsPeace                              INVOICE # 1796883
41219-0000                             PAGE  12
```

---

| | | | |
|---|---|---|---|
| 05/30/13 | Attend creditors' committee meeting (6.50); meeting with L. Gleason before meeting (.50). Counsel      Karen V. Newbury | 7.00 | 2765.00 |
| 06/03/13 | Telephone conference Norman Kinel regarding case background and creditor issues. Equity Partner    Rick L. Frimmer | 1.00 | 825.00 |
| 06/03/13 | Conference call with N. Kinel re FAs. Internal call with R. Frimmer. Counsel      Karen V. Newbury | 1.00 | 395.00 |
| 06/03/13 | Review FA presentation booklets. Counsel      Karen V. Newbury | 1.00 | 395.00 |
| 06/04/13 | Review OCC Motion and Order. Equity Partner    Rick L. Frimmer | 0.20 | 165.00 |
| 06/05/13 | Review Committee messages from S. Levine. Counsel      Karen V. Newbury | 0.20 | 79.00 |
| 06/07/13 | Review Committee minutes and proposed confidentiality agreement to advise Lorna Gleason. Counsel      Karen V. Newbury | 0.50 | 197.50 |
| 06/13/13 | Review first draft of Committee by-laws (.30); email to Committee counsel (.10). Equity Partner    Rick L. Frimmer | 0.40 | 330.00 |
| 06/13/13 | Conference calls and email with L. Gleason re bylaws. Counsel      Karen V. Newbury | 1.00 | 395.00 |
| 06/13/13 | Communicate with P. Gross re bylaws and other documents; review bylaws. Counsel      Karen V. Newbury | 0.50 | 197.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

**DUE UPON RECEIPT**

UMB Bank, N.A.                                    JULY 15, 2013
KidsPeace                                        INVOICE # 1796883
41219-0000                                       PAGE   13

---

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/14/13 | Conference call with committee counsel re possible committee conflict. | 1.00 | 395.00 |
| | Counsel        Karen V. Newbury | | |
| 06/20/13 | Conference in Reading, PA among Debtors' counsel, PBGC and Committee counsel. | 1.50 | 1237.50 |
| | Equity Partner    Rick L. Frimmer | | |
| 06/20/13 | Attend meeting with M. Baird, M. Bauer, R. Frimmer, and S. Levine. | 1.50 | 592.50 |
| | Counsel        Karen V. Newbury | | |

SUBTOTAL FOR B150  **Meeting/Communication with Creditor**        22.90   12141.50

B160        **Fee/Employment Applications**

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/28/13 | Revise Newbury comments on interim fee procedures. | 0.30 | 247.50 |
| | Equity Partner    Rick L. Frimmer | | |
| 05/30/13 | Review Debtors' Motion to establish interim compensation procedures and emailed working group with comments and concerns (.60). Call with Karen Newbury re: same (.20). | 0.80 | 268.00 |
| | Associate        Jeffrey D. Eaton | | |
| 05/31/13 | Call with Mo Bauer re: motion for monthly fee applications (.30). Email to counsel with suggested changes (.20). | 0.50 | 167.50 |
| | Associate        Jeffrey D. Eaton | | |
| 06/03/13 | Review Debtors' motion to employ ordinary course professionals. | 0.50 | 412.50 |
| | Equity Partner    Rick L. Frimmer | | |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

## SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

████████████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                          JULY 15, 2013
KidsPeace                                              INVOICE # 1796883
41219-0000                                            PAGE   14

---

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/03/13 | Prepare comments to Debtors' interim compensation procedures motion; internal calls with Newbury.<br>Equity Partner     Rick L. Frimmer | 0.50 | 412.50 |
| 06/03/13 | Email with Rick Frimmer and Karen Newbury re: fee application.<br>Associate          Jeffrey D. Eaton | 0.40 | 134.00 |
| 06/04/13 | Review and comment on Motion to Retain Ordinary Course Professionals; communicate with R. Frimmer and J. Zapata re same.<br>Counsel          Karen V. Newbury | 1.20 | 474.00 |
| 06/04/13 | Email Rick Frimmer and Karen Newbury re: fee application time categories.<br>Associate          Jeffrey D. Eaton | 0.30 | 100.50 |
| 06/17/13 | Email to Rick Frimmer and Karen Newbury proposing system for filing of monthly fee statements pursuant to court entered order. Communication with billing department re: May bill for review.<br>Associate          Jeffrey D. Eaton | 0.70 | 234.50 |
| 06/18/13 | Email response to questions from Rick Frimmer re: Monthly Fee Statement procedures.<br>Associate          Jeffrey D. Eaton | 0.50 | 167.50 |
| 06/20/13 | Review employment applications for Lowenstein.<br>Counsel          Karen V. Newbury | 3.50 | 1382.50 |
| 06/21/13 | Review and approve motion to employ FTI.<br>Counsel          Karen V. Newbury | 0.50 | 197.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

## SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

██████████████

DUE UPON RECEIPT

UMB Bank, N.A.                              JULY 15, 2013
KidsPeace                                  INVOICE # 1796883
41219-0000                                 PAGE  15

---

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/25/13 | Revise retention applications for Lowenstein and FTI; discuss with Newbury and Gleason.<br>Equity Partner    Rick L. Frimmer | 0.30 | 247.50 |
| 06/30/13 | Review May time in preparation for monthly fee statement (.90). Email to Rick Frimmer and Karen Newbury re:same (.20).<br>Associate        Jeffrey D. Eaton | 1.10 | 368.50 |

SUBTOTAL FOR B160  Fee/Employment Applications                     11.10    4814.50

B190        Other Contested Matters(exclude assumption/reon motions

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/22/13 | Review objection of Gemino Healthcare Finance.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 05/22/13 | Telephone conference with Ben Mintz of Kaye Scholer regarding response to Gemino objection.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 05/22/13 | Telephone conference Morris Bauer, counsel to KidsPeace, regarding Gemino objection and PBGC letter changes.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 05/22/13 | Prepare for first day hearings in US Bankruptcy Court for Eastern District of Pennsylvania.<br>Equity Partner    Rick L. Frimmer | 3.50 | 2887.50 |
| 05/23/13 | Attendance at first day hearings at US Bankruptcy Court for the Eastern District of Pennsylvania, Reading Division (2.00); conference with counsel (1.00); preparation for hearings (2.70); meeting with David Adams, United States Trustee re: first day | 6.70 | 5527.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

## SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

█████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                         JULY 15, 2013
KidsPeace                                             INVOICE # 1796883
41219-0000                                            PAGE  16

---

|            |                                                             |       |          |
|------------|-------------------------------------------------------------|-------|----------|
|            | hearings (1.00).                                            |       |          |
|            | Equity Partner     Rick L. Frimmer                          |       |          |
| 05/23/13   | Appear at first-day hearings.                               | 2.00  | 790.00   |
|            | Counsel            Karen V. Newbury                         |       |          |
| 06/20/13   | Attend omnibus hearing in Bankruptcy Court in Reading, PA.  | 1.50  | 1237.50  |
|            | Equity Partner     Rick L. Frimmer                          |       |          |
| 06/20/13   | Appearance at omnibus hearing.                              | 1.50  | 592.50   |
|            | Counsel            Karen V. Newbury                         |       |          |
| 06/24/13   | Review bar date motion filed by Debtors.                    | 0.20  | 165.00   |
|            | Equity Partner     Rick L. Frimmer                          |       |          |
| 06/28/13   | Confer with J. Eaton re: and analyze possible adversary proceedings. | 1.00  | 615.00   |
|            | Income Partner     Jason M. Torf                            |       |          |
| 06/28/13   | Meeting with Jason Torf re: potential adversary proceedings. | 1.00  | 335.00   |
|            | Associate          Jeffrey D. Eaton                         |       |          |
| 06/28/13   | Research re: potential adversary proceedings.               | 1.00  | 335.00   |
|            | Associate          Jeffrey D. Eaton                         |       |          |
| 06/29/13   | Continued to research potential adversary proceedings.      | 1.70  | 569.50   |
|            | Associate          Jeffrey D. Eaton                         |       |          |
| 06/30/13   | Research re: potential adversary proceedings.               | 1.00  | 335.00   |
|            | Associate          Jeffrey D. Eaton                         |       |          |

SUBTOTAL FOR B190  **Other Contested Matters(exclude ass**on/reject     22.60   14627.00

B195      **Non-Working Travel**

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

███████████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                    JULY 15, 2013
KidsPeace                                        INVOICE # 1796883
41219-0000                                       PAGE  17

---

| 05/22/13 | Travel from Chicago to Reading for first-day hearing. Equity Partner    Rick L. Frimmer | 4.50 | 3712.50 |
|---|---|---|---|
| 05/22/13 | Travel from Chicago to Reading for first-day hearing. Counsel        Karen V. Newbury | 4.50 | 1777.50 |
| 05/23/13 | Travel from Reading to Philadelphia. Equity Partner    Rick L. Frimmer | 1.50 | 1237.50 |
| 05/23/13 | Travel from Reading to Philadelphia. Counsel        Karen V. Newbury | 1.50 | 592.50 |
| 05/24/13 | Travel from Philadelphia to Chicago. Counsel        Karen V. Newbury | 3.50 | 1382.50 |
| 05/25/13 | Travel back to Chicago from Philadelphia. Equity Partner    Rick L. Frimmer | 3.50 | 2887.50 |
| 05/29/13 | Travel to Philadelphia for committee meeting; prepare for meeting. Counsel        Karen V. Newbury | 3.50 | 1382.50 |
| 05/31/13 | Travel from Philadelphia to Chicago. Counsel        Karen V. Newbury | 3.50 | 1382.50 |
| 06/19/13 | Travel to Reading for hearings on June 20. Equity Partner    Rick L. Frimmer | 4.50 | 3712.50 |
| 06/19/13 | Travel from Chicago to Reading for omnibus hearing. Counsel        Karen V. Newbury | 4.50 | 1777.50 |
| 06/20/13 | Travel to Philadelphia from Reading. Equity Partner    Rick L. Frimmer | 1.50 | 1237.50 |
| 06/20/13 | Travel to Philadelphia from Reading. Counsel        Karen V. Newbury | 1.50 | 592.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

██████████████
DUE UPON RECEIPT

UMB Bank, N.A.                                    JULY 15, 2013
KidsPeace                                        INVOICE # 1796883
41219-0000                                       PAGE  18

---

06/21/13  Travel from Philadelphia to Chicago from      3.50   2887.50
          KidsPeace bankruptcy hearing on June 20.
          Equity Partner    Rick L. Frimmer

06/21/13  Travel from Philadelphia to Chicago.          3.50   1382.50
          Counsel           Karen V. Newbury

    SUBTOTAL FOR B195  **Non-Working Travel**                45.00   25945.00

   B230        **Financing/Cash Collections**

05/21/13  Review latest changes to DIP documents;       1.30   1072.50
          assemble and distribute UMB signature pages
          for Kaye Scholer, to be held.
          Equity Partner    Rick L. Frimmer

05/22/13  Emails to and from Lorna Gleason regarding     0.20    165.00
          signatures to HFG DIP documents and notice
          of bankruptcy filing to bondholders.
          Equity Partner    Rick L. Frimmer

06/06/13  Review and discuss adjournment of final DIP    0.50    412.50
          hearing.
          Equity Partner    Rick L. Frimmer

06/13/13  Negotiations with counsel for Debtors,         1.40   1155.00
          Committee and DIP lender on modifications to
          DIP loan agreement and final DIP order.
          Equity Partner    Rick L. Frimmer

06/14/13  Telephone conference with Norman Kinel and     0.90    742.50
          Philip Gross regarding Committee requests
          for modifications to the final DIP order.
          Equity Partner    Rick L. Frimmer

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

████████████████

**DUE UPON RECEIPT**

UMB Bank, N.A.                                      JULY 15, 2013
KidsPeace                                          INVOICE # 1796883
41219-0000                                         PAGE  19

---

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/14/13 | Telephone conference Morris Bauer regarding developments in negotiations regarding final DIP order.<br>Equity Partner    Rick L. Frimmer | 0.30 | 247.50 |
| 06/17/13 | Update email to Trustee and majority bondholders regarding developments in the negotiation of the final DIP order.<br>Equity Partner    Rick L. Frimmer | 0.50 | 412.50 |
| 06/17/13 | Telephone conferences and emails among counsel for Debtors; counsel for Official Creditors Committee and counsel for DIP lender regarding revised terms for final DIP Order.<br>Equity Partner    Rick L. Frimmer | 1.30 | 1072.50 |
| 06/17/13 | Emails to and from Committee counsel regarding terms for final DIP order.<br>Equity Partner    Rick L. Frimmer | 0.60 | 495.00 |
| 06/18/13 | Continued negotiations with counsel for Debtors, the Committee and the DIP lender on amendments to the DIP loan and the terms of the final DIP order.<br>Equity Partner    Rick L. Frimmer | 2.20 | 1815.00 |
| 06/19/13 | Review latest revisions to final DIP order, DIP Loan agrement and budget; correspondence and phone calls among counsel to discuss the same.<br>Equity Partner    Rick L. Frimmer | 1.60 | 1320.00 |
| 06/27/13 | Review and deliver UMB signature pages to DIP documents to Jeff Eaton for delivery to Kaye Scholar.<br>Equity Partner    Rick L. Frimmer | 0.20 | 165.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

███████████████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                      JULY 15, 2013
KidsPeace                                          INVOICE # 1796883
41219-0000                                         PAGE  20

---

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/28/13 | Draft letter and send signature pages of Intercreditor Agreement to HFG.<br>Associate       Jeffrey D. Eaton | 0.50 | 167.50 |

SUBTOTAL FOR B230  **Financing/Cash Collections**              11.50   9242.50

B320       **Plan and Disclosure Statement(including Busin lan)**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/12/13 | Reviewed draft plan and disclosure statement of the debtors and provided comments to Karen Newbury and Rick Frimmer.<br>Associate       Jeffrey D. Eaton | 4.00 | 1340.00 |
| 06/13/13 | Conference with Karen Newbury regarding mark-up of Plan and Disclosure Statement.<br>Equity Partner     Rick L. Frimmer | 0.40 | 330.00 |
| 06/13/13 | Review and revise first draft of Disclosure Statement.<br>Equity Partner     Rick L. Frimmer | 1.30 | 1072.50 |
| 06/13/13 | Conference call with R. Frimmer re plan and disclosure statement.<br>Counsel         Karen V. Newbury | 0.40 | 158.00 |
| 06/17/13 | Emails to and from various majority bondholders for authority to negotiate terms and to extend deadlines for plan and disclosure statement filing.<br>Equity Partner     Rick L. Frimmer | 0.30 | 247.50 |
| 06/18/13 | Review and revise final DIP order.<br>Counsel         Karen V. Newbury | 2.50 | 987.50 |

SUBTOTAL FOR B320  **Plan and Disclosure Statement(inclu Business**    8.90    4135.50

TOTAL FEES INVOICED                      1        $107,535.50

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

**DUE UPON RECEIPT**

UMB Bank, N.A.                                    JULY 15, 2013
KidsPeace                                         INVOICE # 1796883
41219-0000                                        PAGE   21

---

**DISBURSEMENTS/CHARGES:**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/21/13 | Delivery services/messengers<br>Air Bill: 799816977284<br>Sender: Jeffrey Eaton, Jeffrey Eaton<br>Recipient: Michael E  Kunz, U S  District<br>Address: 601 Market St Rm 2609<br>City: PHILADELPHIA<br>State: PA<br>Zip code: 19106<br>USER DEFINED 1:  Jeffrey Eaton, Jeffr<br>USER DEFINED 2:  799816977284 | 14.58 |
| 05/24/13 | Delivery services/messengers<br>Air Bill: 799848904181<br>Sender: Jeffrey Eaton<br>Recipient: ATTN   IT Department, U S  Ban<br>Address: 900 Market St Rm 400<br>City: PHILADELPHIA<br>State: PA<br>Zip code: 19107<br>USER DEFINED 1:  Jeffrey Eaton<br>USER DEFINED 2:  799848904181 | 14.58 |
| 05/28/13 | Delivery services/messengers<br>Air Bill: 799860044300<br>Sender: Jeffrey Eaton<br>Recipient: IT Department, U S  Bankruptcy<br>Address: 900 Market St Rm 400<br>City: PHILADELPHIA<br>State: PA<br>Zip code: 19107<br>USER DEFINED 1:  Jeffrey Eaton<br>USER DEFINED 2:  799860044300 | 14.58 |
| 05/21/13 | Duplicating and Binding<br>Frimmer<br>USER DEFINED 1:  Frimmer | 13.05 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

███████████████

**DUE UPON RECEIPT**

UMB Bank, N.A.                                          JULY 15, 2013
KidsPeace                                              INVOICE # 1796883
41219-0000                                             PAGE  22

---

| Date | Description | Amount |
|---|---|---|
| 05/01/13 | On-line research | 125.40 |
| | USER DEFINED 1:  Pacer Service | |
| 05/01/13 | On-line research | 0.80 |
| | USER DEFINED 1:  Pacer Service | |
| 05/06/13 | On-line research - Westlaw | 31.33 |
| | USER DEFINED 1:  NEWBURY,KAREN | |
| | USER DEFINED 2:  1020478 | |
| 05/08/13 | On-line research - Westlaw | 39.46 |
| | USER DEFINED 1:  EATON,JEFFREY D | |
| | USER DEFINED 2:  1041139 | |
| 05/09/13 | On-line research - Westlaw | 48.21 |
| | USER DEFINED 1:  NEWBURY,KAREN | |
| | USER DEFINED 2:  1020478 | |
| 05/15/13 | On-line research - Westlaw | 472.87 |
| | USER DEFINED 1:  EATON,JEFFREY D | |
| | USER DEFINED 2:  1041139 | |
| 06/11/13 | On-line research - Westlaw | 1491.31 |
| | USER DEFINED 1:  NEWBURY,KAREN | |
| | USER DEFINED 2:  1020478 | |
| 06/13/13 | On-line research - Westlaw | 166.25 |
| | USER DEFINED 1:  NEWBURY,KAREN | |
| | USER DEFINED 2:  1020478 | |
| 06/13/13 | On-line research - Westlaw | 175.39 |
| | USER DEFINED 1:  EATON,JEFFREY D | |
| | USER DEFINED 2:  1041139 | |
| 06/14/13 | On-line research - Westlaw | 405.30 |
| | USER DEFINED 1:  EATON,JEFFREY D | |
| | USER DEFINED 2:  1041139 | |
| 06/26/13 | On-line research - Westlaw | 117.50 |
| | USER DEFINED 1:  EATON,JEFFREY D | |
| | USER DEFINED 2:  1041139 | |
| 06/27/13 | On-line research - Westlaw | 101.78 |
| | USER DEFINED 1:  EATON,JEFFREY D | |
| | USER DEFINED 2:  1041139 | |
| 06/28/13 | On-line research - Westlaw | 48.30 |
| | USER DEFINED 1:  EATON,JEFFREY D | |
| | USER DEFINED 2:  1041139 | |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

█████████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                      JULY 15, 2013
KidsPeace                                          INVOICE # 1796883
41219-0000                                         PAGE  23

---

| Date | Description | Amount |
|---|---|---|
| 06/29/13 | On-line research - Westlaw<br>USER DEFINED 1:  EATON,JEFFREY D<br>USER DEFINED 2:  1041139 | 204.51 |
| 04/17/13 | Readyconference Plus Audio;<br>total minutes 68<br>USER DEFINED 1:  Rick Frimmer | 6.55 |
| 04/17/13 | Readyconference Plus Audio;<br>total minutes 696<br>USER DEFINED 1:  Rick Frimmer | 67.02 |
| 05/09/13 | Readyconference Plus Audio;<br>total minutes 258<br>USER DEFINED 1:  Rick Frimmer | 24.85 |
| 05/14/13 | Readyconference Plus Audio;<br>total minutes 46<br>USER DEFINED 1:  Karen Newbury | 4.43 |
| 05/14/13 | Readyconference Plus Audio;<br>total minutes 28<br>USER DEFINED 1:  Karen Newbury | 2.69 |
| 05/14/13 | Readyconference Plus Audio;<br>total minutes 52<br>USER DEFINED 1:  Karen Newbury | 5.01 |
| 05/15/13 | Telephone tolls<br>Number: 16107823162<br>Time: 00:02<br>Caller: 5573<br>USER DEFINED 1:  5573<br>USER DEFINED 2:  16107823162 | 0.13 |
| 05/20/13 | Telephone tolls<br>Number: 12128368505<br>Time: 00:12<br>Caller: 5511<br>USER DEFINED 1:  5511<br>USER DEFINED 2:  12128368505 | 0.73 |
| 05/20/13 | Telephone tolls<br>Number: 19082524345<br>Time: 00:09<br>Caller: 5511<br>USER DEFINED 1:  5511<br>USER DEFINED 2:  19082524345 | 0.55 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

▮▮▮▮▮▮▮▮

DUE UPON RECEIPT

UMB Bank, N.A.                              JULY 15, 2013
KidsPeace                                  INVOICE # 1796883
41219-0000                                 PAGE  24

---

| | | |
|---|---|---|
| 05/20/13 | Telephone tolls | 0.53 |
| | Number: 17277814416 | |
| | Time: 00:09 | |
| | Caller: 5511 | |
| | USER DEFINED 1:  5511 | |
| | USER DEFINED 2:  17277814416 | |
| 05/20/13 | Readyconference Plus Audio; | 33.70 |
| | total minutes 350 | |
| | USER DEFINED 1:  Rick Frimmer | |
| 05/21/13 | Telephone tolls | 0.12 |
| | Number: 12156653458 | |
| | Time: 00:02 | |
| | Caller: 5573 | |
| | USER DEFINED 1:  5573 | |
| | USER DEFINED 2:  12156653458 | |
| 05/24/13 | Telephone tolls | 0.21 |
| | Number: 16102085036 | |
| | Time: 00:03 | |
| | Caller: 5573 | |
| | USER DEFINED 1:  5573 | |
| | USER DEFINED 2:  16102085036 | |
| 05/24/13 | Telephone tolls | 0.53 |
| | Number: 16102085040 | |
| | Time: 00:09 | |
| | Caller: 5573 | |
| | USER DEFINED 1:  5573 | |
| | USER DEFINED 2:  16102085040 | |
| 05/24/13 | Telephone tolls | 0.16 |
| | Number: 16102085040 | |
| | Time: 00:02 | |
| | Caller: 5573 | |
| | USER DEFINED 1:  5573 | |
| | USER DEFINED 2:  16102085040 | |
| 06/03/13 | Readyconference Plus Audio; | 2.41 |
| | total minutes 25 | |
| | USER DEFINED 1:  Rick Frimmer | |
| 06/03/13 | Readyconference Plus Audio; | 2.88 |
| | total minutes 30 | |
| | USER DEFINED 1:  Rick Frimmer | |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

███████████████████

DUE UPON RECEIPT

UMB Bank, N.A.
KidsPeace
41219-0000

JULY 15, 2013
INVOICE # 1796883
PAGE   25

| Date | Description | Amount |
|---|---|---|
| 06/04/13 | Telephone tolls<br>Number: 12152416185<br>Time: 00:24<br>Caller: 5573<br>USER DEFINED 1:  5573<br>USER DEFINED 2:  12152416185 | 1.46 |
| 06/26/13 | Telephone tolls<br>Number: 19734523404<br>Time: 00:53<br>Caller: 5511<br>USER DEFINED 1:  5511<br>USER DEFINED 2:  19734523404 | 3.21 |
| 05/22/13 | Travel Expenses (Except Meals)<br>VENDOR: Rick Frimmer; Airfare; 05/22/2013 -<br>05/24/2013; MDW/PHL; Economy; Attendance at<br>First Day Hearings in KidsPeace Bankruptcy case<br>in Reading, PA | 659.80 |
| 05/22/13 | Travel Expenses (Except Meals)<br>VENDOR: Rick Frimmer; Airfare; 05/22/2013 -<br>05/25/2013; MDW/PHL; Economy; Attendance at<br>First Day Hearings in KidsPeace Bankruptcy case<br>in Reading, PA | 659.80 |
| 05/22/13 | Travel Expenses (Except Meals)<br>VENDOR: Rick Frimmer; Lodging; 05/22/2013 -<br>05/23/2013; Attendance at First Day Hearings in<br>KidsPeace Bankruptcy case in Reading, PA | 366.30 |
| 05/23/13 | Travel Expenses (Except Meals)<br>VENDOR: Rick Frimmer; Lodging; 05/23/2013 -<br>05/24/2013; Attendance at First Day Hearings in<br>KidsPeace Bankruptcy case in Reading, PA | 308.98 |
| 05/24/13 | Travel Expenses (Except Meals)<br>VENDOR: Rick Frimmer; Parking; 05/24/13; Attend<br>first day hearings in KidsPeace bankruptcy in<br>Reading, PA | 2.00 |
| 05/24/13 | Travel Expenses (Except Meals)<br>VENDOR: Rick Frimmer; Parking; 05/24/13;<br>Attendance at First Day Hearings in KidsPeace<br>Bankruptcy case in Reading, PA | 21.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

███████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                          JULY 15, 2013
KidsPeace                                              INVOICE # 1796883
41219-0000                                            PAGE  26

---

| | | |
|---|---|---|
| 05/24/13 | Travel Expenses (Except Meals) | 45.00 |
| | VENDOR: Karen Newbury; Taxi; Midway/Home; 05/24/13; court appearance | |
| 05/25/13 | Travel Expenses (Except Meals) | 291.14 |
| | VENDOR: Rick Frimmer; Car Rental; 05/22/2013 - 05/25/2013; Attend first day hearings in KidsPeace bankruptcy in Reading, PA | |
| 05/25/13 | Travel Expenses (Except Meals) | 26.75 |
| | VENDOR: Rick Frimmer; Car Rental/Fuel; 05/25/13; Attend first day hearings in KidsPeace bankruptcy in Reading, PA | |
| 05/25/13 | Travel Expenses (Except Meals) | 1.50 |
| | VENDOR: Rick Frimmer; Parking; 05/25/13; Attend first day hearings in KidsPeace bankruptcy in Reading, PA | |
| 05/25/13 | Travel Expenses (Except Meals) | 56.00 |
| | VENDOR: Rick Frimmer; Parking; 05/25/13; Attend first day hearings in KidsPeace bankruptcy in Reading, PA | |
| 05/28/13 | Travel Expenses (Except Meals) | 858.78 |
| | VENDOR: Karen Newbury; Airfare; 05/29/2013 - 05/31/2013; ORD/Philadelphia; First; US Creditor Formation Meeting | |
| 05/29/13 | Travel Expenses (Except Meals) | 35.00 |
| | VENDOR: Karen Newbury; Taxi; Airport/Hotel; 05/29/13; Appointment of Creditors' Committee | |
| 05/30/13 | Travel Expenses (Except Meals) | 10.00 |
| | VENDOR: Karen Newbury; Taxi; Hotel/Restaurant; 05/30/13; Appointment of Creditors' Committee | |
| 05/30/13 | Travel Expenses (Except Meals) | 8.23 |
| | VENDOR: Karen Newbury; Taxi; Restaurant/Hotel; 05/30/13; Appointment of Creditors' Committee | |
| 05/30/13 | Travel Expenses (Except Meals) | 8.23 |
| | VENDOR: Karen Newbury; Taxi; Hotel/Committee Meeting; 05/30/13; Appointment of Creditors' Committee | |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

████████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                    JULY 15, 2013
KidsPeace                                        INVOICE # 1796883
41219-0000                                       PAGE   27

---

| | | |
|---|---|---|
| 05/30/13 | Travel Expenses (Except Meals) VENDOR: Karen Newbury; Taxi; Committee Meeting/Hotel; 05/30/13; Appointment of Creditors' Committee | 7.08 |
| 05/31/13 | Travel Expenses (Except Meals) VENDOR: Karen Newbury; Taxi; Hotel/Airport; 05/31/13; Appointment of Creditors' Committee | 35.00 |
| 05/31/13 | Travel Expenses (Except Meals) VENDOR: Karen Newbury; Taxi; O'Hare Airport/Home; 05/31/13; Appointment of Creditors' Committee | 40.00 |
| 05/31/13 | Travel Expenses (Except Meals) VENDOR: Karen Newbury; Lodging; 05/29/2013 - 05/31/2013; Appointment of Creditors' Committee | 677.38 |
| 05/31/13 | Travel Expenses (Except Meals) VENDOR: Karen Newbury; Hotel - Internet; 05/31/13; Appointment of Creditors' Committee | 27.98 |
| 06/19/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Airfare; 06/19/2013 - 06/21/2013; MDW to PHL; Economy; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 659.80 |
| 06/19/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Airfare; 06/19/2013 - 06/21/2013; MDW/PHL; Economy; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 659.80 |
| 06/19/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Car Rental; 06/19/2013 - 06/21/2013; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 172.03 |
| 06/20/13 | Travel Expenses (Except Meals) VENDOR: Jeffrey Eaton; Airfare; 07/10/2013 - 07/12/2013; Chicago/Philadelpia; Economy; Attend 341 Meeting | 389.80 |
| 06/20/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Lodging; 06/19/2013 - 06/20/2013; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 108.90 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

**SCHIFF HARDIN LLP**
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

████████████

DUE UPON RECEIPT

UMB Bank, N.A.                                    JULY 15, 2013
KidsPeace                                         INVOICE # 1796883
41219-0000                                        PAGE  28

| Date | Description | Amount |
|---|---|---|
| 06/20/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Hotel - Parking; 06/20/13; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 6.00 |
| 06/20/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Lodging; 06/19/2013 - 06/20/2013; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 108.90 |
| 06/20/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Lodging; 06/20/2013 - 06/21/2013; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 216.58 |
| 06/20/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Parking; 06/20/13; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 8.00 |
| 06/20/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Car Rental/Fuel; 06/20/13; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 27.00 |
| 06/21/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Lodging; 06/20/2013 - 06/21/2013; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 216.58 |
| 06/21/13 | Travel Expenses (Except Meals) VENDOR: Rick Frimmer; Parking; 06/21/13; Bankruptcy Court hearings in KidsPeace Corporation bankruptcy | 62.00 |
| 05/21/13 | Pro Hac Vice - VENDOR: UNITED STATES DISTRICT COURT UNITED STATES DISTRICT COURT- PRO HAC VICE MOTION FEE- J.EATON | 40.00 |
| 05/21/13 | Pro Hac Vice - VENDOR: UNITED STATES DISTRICT COURT UNITED STATES DISTRICT COURT- PRO HAC VICE MOTION FEE- K. NEWBURY | 40.00 |

TOTAL DISBURSEMENTS/CHARGES                                    10,503.71

**TOTAL FEES AND DISBURSEMENTS/CHARGES DUE**        $118,039.21

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

**DUE UPON RECEIPT**

UMB Bank, N.A.                              JULY 15, 2013
KidsPeace                                  INVOICE # 1796883
41219-0000                                 PAGE  29

---

### ATTORNEY FEES -- TASK BASED SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Case Administration | B110 | | | | |
| Equity Partner | Rick L. Frimmer | 11.60 | 825.00 | 9570.00 |
| Counsel | Karen V. Newbury | 6.80 | 395.00 | 2686.00 |
| Associate | Jeffrey D. Eaton | 11.50 | 335.00 | 3852.50 |
| TOTAL HOURS AND FEE | | 29.90 | | 16108.50 |
| | | | | |
| Asset Analysis and Recovery | B120 | | | |
| Equity Partner | Rick L. Frimmer | 6.80 | 825.00 | 5610.00 |
| Counsel | Karen V. Newbury | 1.80 | 395.00 | 711.00 |
| Associate | Jeffrey D. Eaton | 2.60 | 335.00 | 871.00 |
| TOTAL HOURS AND FEE | | 11.20 | | 7192.00 |
| | | | | |
| Relief from Stay/Adequate Protectio | B140 | | | |
| Equity Partner | Rick L. Frimmer | 4.10 | 825.00 | 3382.50 |
| Counsel | Karen V. Newbury | 10.00 | 395.00 | 3950.00 |
| Associate | Jeffrey D. Eaton | 17.90 | 335.00 | 5996.50 |
| TOTAL HOURS AND FEE | | 32.00 | | 13329.00 |
| | | | | |
| Meeting/Communication with Creditor | B150 | | | |
| Equity Partner | Rick L. Frimmer | 7.20 | 825.00 | 5940.00 |
| Counsel | Karen V. Newbury | 15.70 | 395.00 | 6201.50 |
| TOTAL HOURS AND FEE | | 22.90 | | 12141.50 |
| | | | | |
| Fee/Employment Applications | B160 | | | |
| Equity Partner | Rick L. Frimmer | 1.60 | 825.00 | 1320.00 |
| Counsel | Karen V. Newbury | 5.20 | 395.00 | 2054.00 |
| Associate | Jeffrey D. Eaton | 4.30 | 335.00 | 1440.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP
### 233 SOUTH WACKER DRIVE, SUITE 6600
### CHICAGO, ILLINOIS 60606

**DUE UPON RECEIPT**

UMB Bank, N.A.                                          JULY 15, 2013
KidsPeace                                              INVOICE # 1796883
41219-0000                                             PAGE  30

| | | | | |
|---|---|---|---|---|
| TOTAL HOURS AND FEE | | 11.10 | | 4814.50 |
| **Other Contested Matters(exclude ass B190** | | | | |
| Equity Partner | Rick L. Frimmer | 13.40 | 825.00 | 11055.00 |
| Income Partner | Jason M. Torf | 1.00 | 615.00 | 615.00 |
| Counsel | Karen V. Newbury | 3.50 | 395.00 | 1382.50 |
| Associate | Jeffrey D. Eaton | 4.70 | 335.00 | 1574.50 |
| TOTAL HOURS AND FEE | | 22.60 | | 14627.00 |
| **Non-Working Travel** | **B195** | | | |
| Equity Partner | Rick L. Frimmer | 19.00 | 825.00 | 15675.00 |
| Counsel | Karen V. Newbury | 26.00 | 395.00 | 10270.00 |
| TOTAL HOURS AND FEE | | 45.00 | | 25945.00 |
| **Financing/Cash Collections** | **B230** | | | |
| Equity Partner | Rick L. Frimmer | 11.00 | 825.00 | 9075.00 |
| Associate | Jeffrey D. Eaton | 0.50 | 335.00 | 167.50 |
| TOTAL HOURS AND FEE | | 11.50 | | 9242.50 |
| **Plan and Disclosure Statement(inclu B320** | | | | |
| Equity Partner | Rick L. Frimmer | 2.00 | 825.00 | 1650.00 |
| Counsel | Karen V. Newbury | 2.90 | 395.00 | 1145.50 |
| Associate | Jeffrey D. Eaton | 4.00 | 335.00 | 1340.00 |
| TOTAL HOURS AND FEE | | 8.90 | | 4135.50 |
| **GRAND TOTAL** | | 195.10 | | 107535.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# SCHIFF HARDIN LLP

233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

██████████

DUE UPON RECEIPT

UMB Bank, N.A.
KidsPeace
41219-0000

JULY 15, 2013
INVOICE # 1796883
PAGE   31

```
*---------COST CODE SUMMARY--------------------*
*---------COST CODE----------------*    AMOUNT
  02        Delivery services/messeng        43.74
  05        Duplicating and Binding          13.05
  08        On-line research               3428.41
  19        Telephone tolls                 157.17
  21        Travel Expenses (Except M      6781.34
  34        Travel Expenses (Meals On          .00
  42        Pro Hac Vice                     80.00
```

**TOTAL FEES & COSTS**                    118039.21

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.