Case 13-14508-ref    Doc 197-3    Filed 07/15/13    Entered 07/15/13 20:20:45    Desc
Exhibit A-- Detailed Invoice of Duff & Phelps Fees and Expenses    Page 1 of 5

Exhibit A

**KidsPeace Corporation**
**Duff & Phelps LLC**
**Summary of Hours for the Period 06/01/13 through 06/30/13**

**Summary of Hours for the Period 06/01/13 through 06/30/13**

| Professional | Title | Bill Rate | Hours | Billed Amount |
|---|---|---|---|---|
| Lisa Neimark | Managing Director | $950 | 3.1 | $2,945 |
| Alice Chong | Associate | $520 | 10.5 | $5,460 |
| Ray Peng | Analyst | $360 | 8.5 | $3,060 |
| **Total** | | | **22.1** | **$11,465** |

**KidsPeace Corporation**
**Duff & Phelps LLC**
**Summary of Hours for the Period 06/01/13 through 06/30/13**

### Summary of Hours for the Period 06/01/13 through 06/30/13

| Professional | Title | Hours |
|---|---|---|
| Lisa Neimark | Managing Director | 3.1 |
| Alice Chong | Associate | 10.5 |
| Ray Peng | Analyst | 8.5 |
| **Total** | | **19.0** |

**KidsPeace Corporation**
**Duff & Phelps LLC**
**Summary of Hours for the Period 06/01/13 through 06/30/13**

**Lisa Neimark, Managing Director**

| Date | Description | Hours |
|---|---|---|
| 6/4/2013 | Call with Tom Buck/Don Harer regarding due diligence during Chapter 11/virtual data room | 0.2 |
| 6/19/2013 | Revisions to Bondholder monitoring report | 0.3 |
| 6/25/2013 | Call with Tom Buck, FTI and Don Harer regarding Bus. Plan Projections / Plan Support Docs | 1.1 |
| 6/25/2013 | Review of May BOD Packet distributed by Jim Horan | 0.2 |
| 6/25/2013 | Telecom with Rick Frimmer/Trustee regarding UCC and sharing of due diligence/work product | 0.3 |
| 6/27/2013 | Telecom with Rick Frimmer regarding Amendment to Plan Support Agreement | 0.2 |
| 6/27/2013 | Telecom with Rick Frimmer regarding Lift Stay Motion and Orchard Hills property | 0.6 |
| 6/27/2013 | Telecom with Rick Frimmer regarding discussions FTI and UCC due diligence | 0.2 |
| **June 1, 2013 through June 30, 2013** | | **3.1** |

**KidsPeace Corporation**
**Duff & Phelps LLC**
**Summary of Hours for the Period 06/01/13 through 06/30/13**

**Alice Chong, Associate**

| Date | Description | Hours |
|---|---|---|
| 6/5/13 | Correspondence with Debtors' professionals | 1.0 |
| 6/26/13 | Reviewed Debtors' diligence materials | 3.5 |
| 6/26/13 | Correspondence with Debtors' professionals | 1.0 |
| 6/26/13 | Internal correspondence (meetings, email and phone) | 1.0 |
| 6/27/13 | Internal correspondence (meetings, email and phone) | 0.5 |
| 6/28/13 | Prepared/reviewed financial analysis | 1.0 |
| 6/28/13 | Internal correspondence (meetings, email and phone) | 0.5 |
| 6/30/13 | Prepared/reviewed financial analysis | 2.0 |
| **June 1, 2013 through June 30, 2013** | | **10.5** |

**KidsPeace Corporation**
**Duff & Phelps LLC**
**Summary of Hours for the Period 06/01/13 through 06/30/13**

**Ray Peng, Analyst**

| Date | Description | Hours |
|---|---|---|
| 6/26/13 | Reviewed Debtors' diligence materials | 2.5 |
| 6/26/13 | Internal correspondence (meetings, email and phone) | 1.0 |
| 6/27/13 | Internal correspondence (meetings, email and phone) | 0.5 |
| 6/27/13 | Reviewed Debtors' diligence materials | 1.5 |
| 6/28/13 | Prepared/reviewed financial analysis | 1.0 |
| 6/28/13 | Internal correspondence (meetings, email and phone) | 0.5 |
| 6/29/13 | Prepared/reviewed financial analysis | 0.5 |
| 6/30/13 | Prepared/reviewed financial analysis | 1.0 |
| **June 1, 2013 through June 30, 2013** | | **8.5** |