**CAPSTONE ADVISORY GROUP, LLC**
Park 80 West
250 Pehle Avenue, Suite 105
Saddle Brook, NJ 07663

201 587 7100 **tel**
201 587 7102 **fax**

capstoneag.com



restructuring \ litigation \ valuation

*James Horan*
*KidsPeace*
*485 Independence Drive*
*Schnecksville PA 18078*

*Invoice No. 21144*
*Date 07/08/2013*
*Client No. A00444*

Invoice for consulting services provided with respect to KidsPeace for the period May 21, 2013 through June 30, 2013.

| SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Gabb | 7.00 | $500.00 | |
| | Harer | 4.90 | $600.00 | |
| | | | Total For Services | 6,440.00 |
| Expenses | | | | $ 17.95 |
| | | | Current Amount Due | $ 6,457.95 |

Exhibit A

**CAPSTONE ADVISORY GROUP, LLC**　　　　　　　　　　　　　　　　　　　　　restructuring \ litigation \ valuation

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/03/2013 | Prepared YTD performance report for Trustee and Counsel. | | | | |
| | | Gabb | 3.00 | $500.00 | $ 1,500.00 |
| 06/03/2013 | Reviewed and commented on YTD performance report for Trustee and Counsel. | | | | |
| | | Harer | 0.50 | $600.00 | 300.00 |
| 06/04/2013 | Revised YTD performance report. | | | | |
| | | Gabb | 1.50 | $500.00 | 750.00 |
| 06/04/2013 | Call with T. Buck (Eisner) and L. Neimark (Duff) to discuss the efficient coordination of information flow. | | | | |
| | | Harer | 0.70 | $600.00 | 420.00 |
| 06/05/2013 | Call with UCC financial advisors, Eisner and Duff to provide an initial situation overview. | | | | |
| | | Harer | 1.10 | $600.00 | 660.00 |
| 06/25/2013 | Call with Schiff Harden, UMB Bank, and Duff & Phelps regarding pending due diligence meeting with FTI Consulting. | | | | |
| | | Gabb | 1.00 | $500.00 | 500.00 |
| 06/25/2013 | Call with Schiff Harden, UMB Bank, and Duff & Phelps regarding pending due diligence meeting with FTI Consulting. | | | | |
| | | Harer | 1.00 | $600.00 | 600.00 |
| 06/26/2013 | Call with FTI Consulting and Duff & Phelps regarding business plan development. | | | | |
| | | Gabb | 1.50 | $500.00 | 750.00 |
| 06/26/2013 | Call with FTI Consulting and Duff & Phelps regarding business plan development. | | | | |
| | | Harer | 1.00 | $600.00 | 600.00 |
| 06/27/2013 | Call with Duff & Phelps regarding UCC value assertions. | | | | |
| | | Harer | 0.60 | $600.00 | 360.00 |
| | | | | Total For Services | 6,440.00 |
| Telecom | | | | $ 17.95 | |
| | | | | Total For Expenses | 17.95 |
| | | | | Current Amount Due | $ 6,457.95 |